Camp Phosphate Company *et al.*, Appellants, v. E. Jennie
   H. Richardson, Appellee.

*In Banc.*

Appeal from Circuit Court, Alachua county; William
A. Hocker, Judge.

O. T. Green for appellants.

No appearance for appellee.

This bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. Appeal dismissed by the clerk on præcipe of counsel for the appellants, under Rule 24.